# United States District Court
### EASTERN DISTRICT OF TEXAS
### PARIS DIVISION

UNITED STATES OF AMERICA      §
                                    §
vs.                                   §          Case No. 3:03cr11
                                    §          (Judge Schell)
BENNY HAROLD WAGGONER(3)      §

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and the parties' waiver of right to file objections, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of ten (10) months with no supervised release to follow. The Court recommends that Defendant be housed in the Bureau of Prisons, Texarkana Unit.

**SIGNED this the 10th day of January, 2014.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE